AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ALLEN JESSE HARRIS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER: 5:26-cv-276

SIDNEY CARTER,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, based on the Order dated October 6, 2026, the Court dismisses Plaintiff's Complaint in its entirety. Additionally, the Court denies Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: ______________________

Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

October 9, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*